ACCEPTED
06-15-00133-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/20/2015 1:48:15 PM
DEBBIE AUTREY
CLERK

## No. 06-15-00133-CR

| | | |
|---|---|---|
| **BRANDON BERNARD BATTLE** | § | **IN THE SIXTH** FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | |
| **v.** | § | **COURT OF APPEALS** 10/20/2015 1:48:15 PM |
| | § | DEBBIE AUTREY<br>Clerk |
| **THE STATE OF TEXAS** | § | **TEXARKANA, TEXAS** |

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

COMES NOW Brandon Bernard Battle, Appellant in the above-styled and numbered cause, and makes and files this First Unopposed Motion for an Extension of Time to file the Appellant's Brief, and in support thereof shows the Court as follows:

### I.

The trial court imposed sentence on June 3, 2015. The clerk's record was filed on August 25, 2015. The reporter's record was filed on September 21, 2015. Thus, the appellant's brief is currently due for filing on October 21, 2015. No previous extensions have been requested. Appellant requests an additional 30 days to file the appellant's brief, extending the deadline until November 20, 2015.

II.

Appellant needs additional time to file the appellant's brief because other trial and appellate matters have prevented counsel from preparing the brief in this case.

Counsel has recently prepared and filed: (1) an appellant's brief in the Fifth Circuit Court of Appeals on October 12, 2015 in cause no. 15-50574, USA v. Helms; (2) a mandamus petition in this Court on October 13, 2015 in cause no. 06-15-00086-CV, In re Tyndell.

In addition to the appellant's brief due in this case and the other aforementioned matters, counsel has the following upcoming appellate deadlines: (1) appellant's brief due October 21, 2015 in the Waco Court of Appeals in cause no. 10-15-00276-CR, Patterson v. State; and (2) appellant's brief due October 26, 2015 in the Fifth Circuit Court of Appeals in cause no. 15-50745, USA v. Helms.[1]

In addition to these matters, counsel is preparing for a jury trial in the 74th District Court of McLennan County, set for November 2, 2015 in cause

---

[1] This is a separate appeal involving the same defendant as the brief filed by counsel on October 12, 2015 in cause no. 15-50574. The appeals coincidentally have similar cause numbers but involve different issues.

no. 2014-2176-3, In re Z.W., a child, which involves 1,000's of pages of records and documents and numerous witnesses.

In addition, counsel has numerous other case settings, hearings and appellate deadlines in the upcoming weeks.

III.

Appellant's counsel has conferred with counsel for the State, and the State DOES NOT oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Appellant requests that the Court grant a 30-day extension for the filing of the appellant's brief and such other and further relief to which he may show himself justly entitled.

Respectfully submitted,

_/s/ Alan Bennett_
E. Alan Bennett
Counsel for Appellant
SBOT #02140700

Sheehy, Lovelace & Mayfield, P.C.
510 N. Valley Mills Dr., Ste. 500
Waco, TX 76710
Telephone:      (254) 772-8022
Fax:              (254) 772-9297
Email:       abennett@slmpc.com

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of this document has been served by email on October 20, 2015 to counsel for the State, B.J. Shepherd, at 220thda@gmail.com.



   <u>/s/ *Alan Bennett*</u>
E. Alan Bennett